# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**MICHAEL L. MITCHELL**                                                                 **PLAINTIFF**

**vs.**                                   **CASE NO.  3:06CV00220**

**ANDY BRYSON,**
**As Executor of the Estate of**
**BERNIECE BRYSON, deceased.**                                                          **DEFENDANT**

## ORDER

Pursuant to the stipulation of dismissal filed in this matter, docket # 12, this case will be removed from the trial docket the week of October 22, 2007 and is hereby dismissed with prejudice.

IT IS SO ORDERED this 6th day of August, 2007.

_____
James M. Moody
United States District Judge